UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ECKERT** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 17-7022** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND,** *et al.* | **SECTION: G/4** |
| FILED: _____ | _____ DEPUTY CLERK |

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S
<u>WITNESS AND EXHIBIT LISTS</u>**

NOW INTO COURT, through undersigned counsel, comes Defendant St. Paul Fire and Marine Insurance Company, erroneously named as "Travelers a/k/a Travelers Insurance Company, as the successor of St. Paul Fire and Marine Insurance Company" (hereinafter, "St. Paul"), solely in its capacity as the alleged insurer of The Administrators of the Tulane Educational Fund, d/b/a Tulane University (hereinafter, "Tulane"), who submits the following list of witnesses St. Paul may or will call to testify at trial, and all exhibits that may or will be used at trial:

**<u>Reservation of Rights to Amend and/or Supplement Witness and Exhibit Lists</u>**

St. Paul reserves its right to supplement and/or amend its Witness and Exhibit Lists. As of the time St. Paul's Witness and Exhibit Lists are being drafted and filed, discovery is ongoing, and said discovery may lead to the identity of additional witnesses or exhibits. For these reasons, St. Paul reserves its rights as stated above. Furthermore, St. Paul reserves its right to withdraw any witnesses or exhibits from its Witness and Exhibit Lists.

St. Paul further reserves its right to call additional witnesses, live or by deposition, or introduce any exhibits, for purposes of rebuttal, or to address new issues not presently known based

upon pleadings and discovery to date, or to authenticate documents, or to respond to admissions of evidence depending upon the rulings of the Court.

St. Paul further reserves the right to introduce any documents produced at and/or during and/or made exhibits to any deposition. Should a portion of a deposition, document or group of documents be introduced, or should another party attempt to introduce such portion(s), then St. Paul reserves its right to introduce any other part or parts and/or object to the introduction of same.

By listing or referring to any exhibit or possible exhibit, St. Paul does not admit its authenticity, admissibility or validity and hereby reserves all objections to same.

St. Paul reserves its right to use demonstrative aids and exhibits at the time of trial of this matter.

### I.  Witness List

St. Paul submits the following list of witnesses who may or will be called to testify at the trial of this matter:

**A.  Will Call Expert Witnesses**

1. James A. Robertson, Interisk Limited, 881 Dover Drive, Ste. 360, Newport Beach, CA 92663, an expert in the field of insurance coverage retained by St. Paul;

**B.  May Call Expert Witnesses**

2. Any and all experts retained and/or designated by Plaintiff, or any defendant; and,

3. Any expert witness made necessary by forthcoming discovery.

**B.  Will Call Fact Witnesses**

1. Julio Velez, and/or other representative(s) of St. Paul, regarding St. Paul's policy search conducted with respect to the present litigation;

2. Representative(s) of St. Paul;

3. Representative(s) of Interisk Limited, 881 Dover Drive, Ste. 360, Newport Beach, CA 92663;

4. Eric Belk, and/or other representative(s) of St. Paul, regarding policy content;

5. Laurie Buck, Regulatory Manager for St. Paul, and/or other representative(s) of St. Paul, regarding regulatory filings;

6. Tom Conant and/or other representative(s) of Tulane, regarding Tulane's policy search conducted with respect to the present litigation and any insurance policies allegedly purchased by or issued to Tulane;

7. John Beal and/or other representative(s) of Tulane, regarding Tulane's policy search conducted with respect to the present litigation and any insurance policies allegedly purchased by or issued to Tulane;

8. Meredith Whitten, Office of General Counsel, Tulane University;

9. Andrew L. Plauche, Jr. and/ or other witnesses regarding Tulane's defense and defense costs with regard to the underlying claims by Dwight Eckert, Sr.;

10. Representative of Tulane regarding payment made for settlement of the underlying case;

**C. May Call Fact Witnesses**

1. Laura Whiles, former Senior Account Executive, Travelers Special Liability Group, and/or other representative of Travelers, regarding the underlying claims by Dwight Eckert, Sr., tendered to St. Paul by Tulane for insurance coverage, including St. Paul's policy search, the policies allegedly issued, or any disputed policies allegedly issued to an insured(s) and/or the lack of coverage, if any, under such policies;

2. Representative(s) of U.S. Fire Insurance Company;

3. Representative(s) of Crum & Forster Specialty Insurance Company;

4. Representative(s) of Westchester Fire Insurance Company;

5. Representative(s) of ACE American Insurance Company and/or ACE Property and Casualty Insurance Company;

6. Representative(s) of Gillis, Hulse & Colcock, Inc., or its current/successor entity;

7. Any witness regarding the merits of the underlying case between Dwight Eckert, Sr., Tulane, and St. Paul;

8. Any witnesses who have been deposed in these proceedings (either live or via deposition transcript);

9. Any witness identified in and/or listed in any party's discovery responses;

10. Any witness whose identity may become known in the course of ongoing discovery and trial;

11. Any witnesses regarding the merits, defense, or costs of defending the underlying claims against Tulane;

12. Any person(s) required to authenticate and establish the admissibility of corporate documents and business records, if necessary;

13. Any custodians of records needed to authenticate any document for admissibility purposes, including, but not limited to, custodians of records of Plaintiff or any defendant;

14. Any and all witnesses necessary for rebuttal and/or impeachment, the necessity for and subject matter of whose testimony cannot be anticipated prior to trial (live or by deposition);

15. Any witness who may be called by any other party in this litigation; and,

16. Any witness listed or identified by any other party in this litigation.

## II.  Exhibit List

St. Paul submits the following list of exhibits which may or will be introduced at the trial of this matter:

### A.  Will Introduce Exhibits

1. The expert report of James A. Robertson, dated May 18, 2018, and all exhibits/materials referenced therein/attached thereto;

2. Affidavit of James A. Robertson, dated May 18, 2018, and all exhibits/materials referenced therein/attached thereto;

3. James Robertson's curriculum vitae and other Rule 26 materials/reliance materials;

4. St. Paul Standard WC/EL Policy 799PA3591, effective January 1, 1974-77 (incomplete) (Bates No. St. Paul 004580-004607);

5. St. Paul Standard WC/EL Policy 799PA4061, effective January 1, 1977-80 (incomplete) (Bates No. St. Paul 004608-004646);

6. St. Paul Standard WC/EL Specimen Policy Jacket (Form 16075 WCP W Rev. 9-69) (Bates No. St. Paul 004647-004651);

7. St. Paul Standard WC/EL Specimen Policy Jacket (Form 16075 WCP W Rev. 2-72) (Bates No. St. Paul 000046-000049);

8. Affidavit of Julio Velez, dated April 23, 2018, and all exhibits/materials referenced therein/attached thereto;

9. Affidavit of Eric Belk, dated August 10, 2015, and all exhibits/materials referenced therein/attached thereto;

10. Affidavit of Laurie Buck, dated August 7, 2015, and all exhibits/materials referenced therein/attached thereto;

11. NCCI 1954 WC/EL Standard Policy Form, found in *Proceedings of the Casualty Actuarial Society*, Volume XLI (New York: Mail and Express Printing Company, 1954);

12. NCCI 1969 WC/EL Standard Policy Form;

13. NCCI 1972 WC/EL Standard Policy Form, found in Willard J. Gentile, *The Workers' Compensation and Employers' Liability Policy* (New York: Insurance Advocate, Rev. 1974);

14. Louisiana Legislative Acts 1914 Act 20 § 26.1;

15. Louisiana Casualty & Surety Rating Commission Circular, dated April 28, 1941;

16. *Workmen's Compensation and Employers' Liability Policy and Endorsement Forms*, (New York: National Council on Compensation Insurance, 1954), ii;

17. *Underwriting Guide*, (New York: National Council on Compensation Insurance, 1968) [excerpt, revised as of 1975];

18. National Council on Compensation Insurance Constitution, Amended May 18, 1948, and signed by St. Paul March 1, 1956;

19. St. Paul Standard Workmen's Compensation and Employers' Liability Policy – 1966 Filing List;

20. Letter dated 08/30/66 from St. Paul Fire and Marine and St. Paul Mercury to the Rhode Island Insurance Commissioner attaching St. Paul Standard Workmen's Compensation and Employers' Liability Form 16075 WCP 6-66 40 M W Ed. 6-66 and St. Paul Mercury Standard Workmen's Compensation and Employers' Liability Form 31322WCP 6-66 2 M W Ed. 6-66;

21. National Council on Compensation Insurance Circular to Members and Subscribers dated March 15, 1974;

22. St. Paul Mercury and St. Paul Fire and Marine 1966 list of Standard Workmen's Compensation and Employers' Liability Forms filed in various states;

23. Loss Run Data for Policy 799PA3591 (Bates No. TU/Eckert024469-024481);

24. Any documents regarding any and all payments made under Policy 799PA3591;

**B. May Introduce Exhibits**

1. Deposition transcript and/or deposition video of Julio Velez, with exhibits

2. Deposition transcript and/or deposition video of Laura Whiles, with exhibits;

3. Deposition transcript of James B. Conant, with exhibits;

4. Any and all records or reports prepared by any expert witness, and any and all documents relied upon by such experts;

5. Curriculum Vitae, data considered, files, publications, opinions, testimony and demonstrative evidence of any expert witnesses retained by, identified by, and/or listed by any party in this matter;

6. St. Paul Business Insurance Document Management Overview Pamphlet, May 2011 (Bates No. St. Paul 004653-004662);

7. Any and all secondary information, including, but not limited to, correspondence, audit reports experience ratings, "retro" files, and other documents concerning WC/EL policies which may have been issued by St. Paul to Tulane during the relevant time period (Bates No. St. Paul 000490-000633; St. Paul 001022-001304; St. Paul 001385-002075; St. Paul 003414-003463; St. Paul 003467-003542; St. Paul 003545-003854; St. Paul 003860-003886; St. Paul 003891-003926; St. Paul 003931-003938; St. Paul 003942-003950; St. Paul 003952-003974; St. Paul 003978-003989; St. Paul 003998-004010);

8. Any and all insurance/secondary information obtained from the Louisiana Department of Insurance, Secretary of State, and/or other governmental entity regarding insurance policies/approved policy language relative to any policy issued and which may be potentially applicable to this matter and/or which reflect the insuring language approved by said entities and available for use and used by St. Paul during the relevant time period;

9. The expert report of James A. Robertson, dated August 21, 2015, and all exhibits/materials referenced therein/attached thereto;

10. Affidavit of James A. Robertson, dated August 21, 2015, and all exhibits/materials referenced therein/attached thereto;

11. Affidavit of Julio Velez, dated August 13, 2015, and all exhibits/materials referenced therein/attached thereto;

12. Report of Michael L. Averill, CPCU, MBA, dated April 19, 2018, and all exhibits/materials attached thereto and/or referenced therein, including all reliance materials, curriculum vitae, and fee schedule.

13. Stanley L. Otis, "The Bureau of Liability Insurance Statistics," *The Spectator*, November 12, 1908;

14. "Workmen's Compensation Service" in the *Fifty-Fifth Annual Report of the Superintendent of Insurance of the State of New York, Part V*, (Albany: J.B. Lyon Company, 1914);

15. Durand Halsey Van Doren, "How It Works In New Jersey," in *Workmen's Compensation and Insurance*, (New York: Moffat, Ward and Company, 1918);

16. Edward R. Hardy, et al., *Insurance: Modern Business Texts, Volume 19* (New York: Alexander Hamilton Institute, Rev. 1922) 187;

17. Davis Tyree Ratcliffe, *Workmen's Compensation Insurance Handbook*, (Jenkintown: McCombs and Company, 1952) 60;

18. Randall C. Kean, "Standard Provisions for Workmen's Compensation and Employers' Liability Policies," in *Proceedings of the Casualty Actuarial Society*, Volume XLI (New York: Mail and Express Printing Company, 1954);

19. Mark C. Farmer, "Using the New Workers Compensation Policy," *The Risk Report*, Vol. VI, No. 8, April 1984;

20. G.F. Michelbacher, "Casualty Insurance," in *Casualty Insurance Principles*, G.F. Michelbacher, et al. (York: The Maple Press Company, 1942) 10-11;

21. Clarence W. Hobbs, *National Council on Compensation Insurance* (New York: Globe Printing Company, 1937) 1-26;

22. *Report on Examination of the National Bureau of Casualty Underwriters*, New York Insurance Department, 1954, 2-3;

23. All discovery and responses to discovery produced by any party in this case;

24. Any and all documents produced by St. Paul in response to discovery requests and/or subpoenas for records, including but not limited to Bates No. St. Paul 000001-004759;

25. Any and all documents produced at any time in the litigation by Tulane, including but not limited to Bates No. TU.Eckert 000001-031249;

26. Any and all documents produced at any time in the litigation by Westchester, including but not limited to, Bates No. WEST—0001-0360;

27. Any and all documents produced at any time in the litigation by Crum & Forster, including but not limited to, Bates No. C&F—0001-0180;

28. Any and all documents produced at any time in the litigation by U.S. Fire Insurance Company;

29. Any and all documents produced at any time in the litigation by ACE American Insurance Company and/or ACE Property and Casualty Insurance Company;

30. Any and all deposition transcripts and/or videotape of any deposition relevant to matters at issue in this case, and any exhibits attached to same, and any items identified in any deposition;

31. All records referred to or produced pursuant to any subpoena issued in this case, by this court in this case, or by any other court by reason of the pendency of this case;

32. Any pleading, motion and/or brief, including any attachments, of any party in this case or related litigation, not subject to objection by St. Paul;

33. Any and all documents and materials produced regarding the underlying claims by Dwight Eckert, Sr., including medical records, deposition transcripts/videos, expert reports, and other materials relative to the underlying plaintiff's claim and Tulane's defense of same;

34. Any and all documents regarding Tulane's alleged cost of defense and Tulane's defense of the underlying claims by Dwight Eckert, Sr.;

35. Any and all documents supporting and/or related to any and all damages, costs, expenses, fees, and/or other monetary claims sought by Tulane in the present litigation;

36. Any documents used for rebuttal and/or impeachment (to be determined and disclosed *in camera* to the court, if necessary);

37. Any demonstrative evidence/aide to be utilized by any witness for St. Paul;

38. Any and all exhibits, photographs, and/or documentary or demonstrative evidence listed or utilized by any other party in this litigation.

Respectfully submitted,

/s/  Robert T. Vorhoff
RANDALL C. MULCAHY, Bar No. 26436
ROBERT T. VORHOFF, Bar No. 32747
GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for Defendant,
St. Paul Fire and Marine Insurance Company,
solely in its capacity as the alleged insurer of
The Administrators of the Tulane Education Fund
d/b/a Tulane University Fund

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic system and to parties to this proceeding not registered for electronic service by depositing same in the United States Mail, postage prepaid, and/or facsimile and/or e-mail transmission of this date.

/s/  Robert T. Vorhoff
ROBERT T. VORHOFF, Bar No. 32747