## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DWIGHT W. ECKERT, SR.**<br>     **Plaintiff**<br><br>**VERSUS**<br><br>**THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND d/b/a TULANE UNIVERSITY, et al.**<br><br>     **Defendants** | **CIVIL ACTION NO.:  17-7022**<br><br>**SECTION:  "G"(4)**<br><br>**JUDGE:**<br>  **NANNETTE JOLIVETTE BROWN**<br><br>**MAGISTRATE:**<br>  **KAREN WELLS ROBY** |

## <u>WESTCHESTER FIRE INSURANCE COMPANY, U.S. FIRE INSURANCE COMPANY, AND CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S WITNESS LIST</u>

**NOW INTO COURT**, through undersigned counsel, comes Westchester Fire Insurance Company ("Westchester"), U.S. Fire Insurance Company a/k/a United States Fire Insurance Company ("U.S. Fire"), and Crum & Forster Specialty Insurance Company ("CFSI"), which, pursuant to the Scheduling Order (Rec. Doc. 25) respectfully submit the following list of witnesses who may be called to testify at the trial in the above-captioned matter:

### <u>Witness List</u>

1.  James Bryant Conant
    6823 St. Charles Avenue
    New Orleans, LA  70118

    Testimony regarding Tulane's search for any pertinent policy of insurance issued by defendants and the fact that Tulane did not locate such policy.

2. Roger Quigley
766 Underpar Lane
The Villages, FL 32163

Testimony regarding defendants' search for any pertinent policy of insurance issued to Tulane and the fact that no such policy was located; the terms, conditions, provisions, and wording of any commercial comprehensive catastrophe liability policy which may have been issued to Tulane; the meaning or import of any exhibits listed by defendants; expert opinions regarding potential insurance coverage in place and effect of alleged policies issued; expert opinion regarding the records retention policies of any insurers involved in this litigation.

3. John Beal
Tennessee

Former Tulane employee with information regarding Tulane's insurance placement and the history of Tulane's insurance policies from 1972 through 1976.

4. Megan H. Guy
Gillis Ellis Baker
1615 Poydras Street, Suite 700
New Orleans, LA 70112

Testimony regarding Gillis Ellis Baker search for any pertinent policy of insurance issued to Tulane and the fact that no such policy was located.

5. A representative of Westchester Fire Insurance Company, U.S. Fire Insurance Company, and/or Crum & Forster Specialty Insurance Company regarding the records retention policy in place in, and effective for, 1972 through 1976.

6. Any witness whose identity may become known in the course of ongoing discovery; and

7. Any witness listed or identified by any other party in this litigation.

        Respectfully submitted,

        **LARZELERE PICOU WELLS**
            **SIMPSON LONERO, LLC**
        Suite 500 - Two Lakeway Center
        3850 N. Causeway Boulevard
        Metairie, LA 70002
        Phone: (504) 834-6500
        Fax: (504) 834-6565

**BY:**    */s/ Jay M. Lonero*
        **JAY M. LONERO (#20642)**
        jlonero@lpwsl.com
        **ANGIE A. AKERS (# 26786)**
        aakers@lpwsl.com

        **ATTORNEYS FOR UNITED STATES FIRE INSURANCE COMPANY, CRUM & FORSTER SPECIALTY INSURANCE COMPANY, AND WESTCHESTER FIRE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of May, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

            */s/ Jay M. Lonero*