## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DWIGHT W. ECKERT, SR.** | * | **CIVIL ACTION NO. 2:17-cv-07022** |
| | * | |
| **VERSUS** | * | **JUDGE BROWN** |
| | * | |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND d/b/UNIVERSITY, et al.** | * | **MAG. KAREN WELLS ROBY** |

*************************************************************************

### ACE AMERICAN INSURANCE COMPANY AND ACE PROPERTY AND CASUALTY INSURANCE COMPANY'S WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes ACE American Insurance Company ("ACE American") and ACE Property and Casualty Insurance Company ("ACE P&C") and file their witness and exhibit list in accordance with this Court's September 5, 2017 Scheduling Order.

### WITNESSES

Ace American and Ace P&C may call the following witnesses at trial of this matter:

1. James Bryant Conant and/or other Representative(s) of Plaintiff, The Administrator of the Tulane Educational Fund d/b/a Tulane University ("Tulane");

2. Michael L. Averill, Tulane's expert witness;

3. Robert Quigley and/or Kim Howard and/or other Representative(s) of Westchester Fire Insurance Company ("Westchester Fire"), United States Fire Insurance Company ("U.S. Fire") and Crum & Forster Insurance Company ("Crum & Forster");

4. John Dwyer and/or Patrick L. Locke and/or other Representative(s) of ACE American and ACE P&C;

5. Representative(s) of St. Paul Fire & Marine Insurance Company ("St. Paul");

6. James A. Robertson, St. Paul's expert;

7. Plauche Masselli Parkerson, LLP Representative(s), Tulane's defense counsel in state court litigation ("Eckert Litigation");

8. Expert witness(es) of Westchester Fire, Crum & Forster and U.S. Fire, including but not limited to Roger Quigley;

9. Any witness called by any other party;

10. Any witness necessary to authenticate documents.

## EXHIBITS

ACE American and ACE P&C may introduce the following exhibits at trial of this matter:

1. ACE American and ACE P&C's responses to Tulane's First Request for Admissions, First Set of Interrogatories and First Request for Production of Documents;

2. ACE American and ACE P&C results of search for records relating to Westchester Fire's DCL 07-32-18 Policy and other umbrella policies identified by Tulane;

3. Underwriting file produced by Westchester Fire purporting to be renewal of Westchester Fire DCL 07-32-18 (339 pages in total); Bates Range West 0001 through West 0339;

4. January 1, 1993 Assumption and Reinsurance Agreement between Crum & Forster subsidiaries and specifically, Westchester Fire and U.S. Fire;

5. Department of Insurance recordings relating to Westchester Fire;

6. Exhibits TU 1 Through TU9 attached to August 25, 2015 1442 deposition of Tulane/James Bryant Conant;

7. Exhibits attached to May 3, 2018 Fed. R. Civ. Pr. 30(b)(6) deposition of Roger Quigley on behalf of Crum & Forster, Westchester Fire and U.S. Fire;

8. Depositions of James Conant, Roger Quigley and James A. Robertson if any of witnesses are unavailable for trial in this matter;

9. Depositions of any other witness and/or expert if those witnesses and/or experts are unavailable for trial of this matter;

10. Defense bills and costs incurred in Eckert Litigation by Tulane, Bates No. TU/Eckert 000531 through TU/Eckert 000663;

11. All exhibits listed or introduced by any other party;

12. All attachments to any party's expert report;

13. All pleadings filed in this matter and in the underlying Eckert Litigation;

14. All discovery and discovery responses in this matter.

ACE American and ACE P&C reserve the right to supplement this witness and exhibit list as discovery is ongoing.

        **PUGH, ACCARDO, HAAS, RADECKER & CAREY, LLC**

        */s/ Maura Z. Pelleteri*
        LAWRENCE G. PUGH, III (Bar No. 17351)
        MAURA Z. PELLETERI (Bar. No. 8463)
        CATHERINE SENS NAPOLITANO (Bar No. 36016)
        1100 Poydras Street, Suite 3300
        New Orleans, Louisiana 70163
        Telephone:   504-799-4500
        Facsimile:    504-799-4520
        E-mail: mpelleteri@pugh-law.com

        **ATTORNEYS FOR DEFENDANTS, ACE AMERICAN INSURANCE COMPANY AND ACE PROPERTY AND CASUALTY INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Maura Z. Pelleteri*
Maura Z. Pelleteri
